EDWARD J. KNAPP, Appellant; ROBERT E. SIMON, Receiver, Respondent.

Appeal from an order of the Supreme Court, made on the 20th day of August, 1915, and entered in the New York county clerk's office, granting a motion made by the receiver herein to enjoin the appellant, Edward J. Knapp, from interfering with the possession of said receiver; and also from an order made on the 25th day of August, 1915, denying a motion for reargument.

PER CURIAM: The restraining order appealed from is modified by striking out the last clause thereof which orders the appellant Knapp, within five days after service of a copy of the order, to pay to the temporary receiver all sums collected by him as rent of the premises owned by the above-named corporation, and as so modified affirmed, without costs. The appeal from the order denying motion for reargument is dismissed. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ. Order modified as stated in opinion, and as modified affirmed, without costs. Appeal from order denying reargument dismissed. Order to be settled on notice.

---

In the Matter of the Application of GEORGE HENRY WARREN and Another, as Executors, etc., Appellants, Respondents, for a Writ of Certiorari to Review the Action of the BOARD OF TAXES AND ASSESSMENTS OF THE CITY OF NEW YORK, Respondents, Appellants.

Appeal by the executors from an order of the Supreme Court, entered in the New York county clerk's office on the 3d day of March, 1915, quashing a writ of certiorari to review a tax assessment; and by defendants from so much of said order as fails to award costs, and also from an order denying motion to resettle order.

PER CURIAM: The final order appealed from is modified by awarding costs to the city of New York against Herman Goldman, petitioner, and as so modified affirmed, with ten dollars costs and disbursements to the defendants. The appeal from the order denying motion to resettle is dismissed. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ. Order modified as directed in opinion, and as modified affirmed, with ten dollars costs and disbursements to defendants. Appeal from order denying resettlement dismissed. Order to be settled on notice.